IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2006-1 Asset-Backed Certificates, Series 2600-1, | ) ) ) ) | C/A NO.  3:15-0023-CMC-SVH |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **OPINION and ORDER** |
| Helen Valencia Thomas, Corporate Person, Washington-Thomas, Helen Valencia, all natural person; Darrel Antonio Thomas, Corporate Person, Thomas, Darrel Antonio, all Natural Person, | ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court on Defendant Helen Valencia Thomas' *pro se* "Request for Repayment." ECF No. 19.  Defendant contends that the filing fee she paid to remove this matter from the Richland County Court of Common Pleas should be repaid to her because "the case was immediately remanded back to the lower court."  Mot. at 1.

Title 28, United States Code Section 1914 provides that "[t]he clerk of each district court shall require the parties instituting any civil action, suit or proceeding in such court, whether by original process, removal or otherwise, to pay a filing fee of $350 . . . ."  28 U.S.C. § 1914(a). Additionally, the clerk "shall collect from the parties such additional fees only as are prescribed by the Judicial Conference of the United States."  *Id.* at § 1914(b).  Finally, "[e]ach district court by rule or standing order may require advance payment of fees."  *Id.* at § 1914(c).  Accordingly, before commencing suit in this court (whether "original process" or a removal notice), Defendant was required to pay a filing fee of $350, an administrative fee of $50 (as provided in the District Court

1

Miscellaneous Fee Schedule), or move to proceed *in forma pauperis* (*ifp*). Defendant paid the filing fee. There is no authority that provides for a "refund" of Defendant's filing fee following a remand.

Defendant's motion is **denied**.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
March 31, 2015