IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Deutsche Bank National Trust Company ) <br> as Trustee for Soundview Home Loan Trust ) <br> 2006-1 Asset-Backed Certificates, Series 2600-1, ) <br>                                     ) <br>           Plaintiff,            ) <br>                                     ) <br>      v.                             ) <br>                                     ) <br> Helen Valencia Thomas, Corporate Person, ) <br> Washington-Thomas, Helen Valencia, all natural ) <br> person; Darrel Antonio Thomas, Corporate Person, ) <br> Thomas, Darrel Antonio, all Natural Person, ) <br>                                     ) <br>           Defendants.           ) <br> _____ ) | C/A NO.  3:15-0023-CMC-SVH <br><br><br> **OPINION and ORDER** |

This matter is before the court on Defendant Helen Valencia Thomas' *pro se* document titled "Appealing the Decision for Request for Repayment." ECF No. 22. Defendant contends that she "still feel[s] that this was not fair because the [c]ase was remanded immediately . . . ." Mot. at 1.

The court has construed this filing as a motion for reconsideration. So construed, Plaintiff has provided no authority permitting a "refund" of Defendant's filing fee following a remand.

Defendant's motion is **denied**.[1]

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
April 21, 2015

---

[1] An appeal of this court's decision to the Fourth Circuit Court of Appeals requires a filing fee of $505 or a motion to proceed *in forma pauperis* (*ifp*), filed in the District Court. *See* 28 U.S.C. § 1913.

1